UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERROL ANTHONY ROY | CIVIL ACTION |
| VERSUS | NO: 15-701 |
| ORLEANS PARISH SHERIFF'S OFFICE, ET AL. | SECTION: R(1) |

### ORDER AND REASONS

Pro se litigant Errol Anthony Roy filed this 42 U.S.C. § 1983 civil rights action, alleging that jail officials failed to protect him from violence at the hands of another inmate.[1] The Magistrate Judge recommends that Roy's claim against the Jefferson Parish Sheriff's Office be dismissed without prejudice and that the claims against the Orleans Parish Sheriff's Office, the "Orleans Parish Prison Health Care Authority," and prison guard Tyrone Roussel be dismissed with prejudice.[2] The Magistrate Judge also recommends that Roy's claims against Sheriff Marlin Gusman, Chief Earl Weaver, Jr., and nurse Kentrisha Davis be allowed to proceed pending further development.[3] Roy objects to the Magistrate Judge's recommendation that the Sheriff's Office, the Prison Health Care Authority, and Tyrone Roussel be dismissed.[4] For the

---

[1]   R. Doc. 4.

[2]   R. Doc. 46 at 9.

[3]   *Id.*

[4]   R. Docs. 47, 48, 54.

reasons stated in the Magistrate Judge's Report and Recommendation (R&R), these objections are overruled. Having reviewed *de novo* the complaint, the record, the applicable law, the Magistrate Judge's R&R, and Roy's objections to the R&R, the Court approves the R&R and adopts it as its opinion.

New Orleans, Louisiana, this ___1st___ day of December, 2015.

_____ *Sarah Vance* _____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE